B1 (Official Form 1)(04/13)

<table>
<tr><td colspan="2"><b>United States Bankruptcy Court</b><br><b>Central District of California</b></td><td><b>Voluntary Petition</b></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gutierrez, Nellie Jacqueline** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2250** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**11121 Reichling Lane**<br>**Whittier, CA**<br><div align="right">ZIP Code<br>**90606**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>□ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>□ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>□ Chapter 7<br>□ Chapter 9<br>□ Chapter 11<br>□ Chapter 12<br>■ Chapter 13<br><br>□ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>□ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>□ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    □ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>□ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

**Estimated Number of Creditors**

| ■ | □ | □ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| □ | □ | □ | ■ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| □ | □ | ■ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Gutierrez, Nellie Jacqueline** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____    2-17-15 <br> Signature of Attorney for Debtor(s)    (Date) <br> **Joseph R. Manning, Jr. 223381** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____

    (Name of landlord that obtained judgment)

    _____

    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                 Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Gutierrez, Nellie Jacqueline** |

<table>
<tr><td colspan="2" align="center">Signatures</td></tr>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Nellie Jacqueline Gutierrez*
 Signature of Debtor **Nellie Jacqueline Gutierrez**

X _____
 Signature of Joint Debtor

Telephone Number (If not represented by attorney)
 **2/17/15**
 Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 Signature of Foreign Representative

_____
 Printed Name of Foreign Representative

_____
 Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney***

X _____
 Signature of Attorney for Debtor(s)
 **Joseph R. Manning, Jr. 223381**
 Printed Name of Attorney for Debtor(s)
 **The Manning Law Office**
 Firm Name
 **4667 MacArthur Blvd
 Suite 150
 Newport Beach, CA 92660**
 Address

 **949-200-8755  Fax: 866-843-8308**
 Telephone Number
 **2-17-15**
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
 Address

X _____

_____
 Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Authorized Individual

_____
 Printed Name of Authorized Individual

_____
 Title of Authorized Individual

_____
 Date

</td>
<td>

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
</table>

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Central District of California

In re  **Nellie Jacqueline Gutierrez** _____  Case No. _____

_____  Chapter  **13** _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _Nellie Jacqueline Gutierrez_
Nellie Jacqueline Gutierrez

Date: _2/17/15_

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Newport Beach, CA**_____ , California.

Date:  **2/17/15**_____

_Nellie Jacqueline Gutierrez_
**Nellie Jacqueline Gutierrez**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 1                **F 1015-2.1.STMT.RELATED.CASES**

Name: **Joseph R. Manning, Jr. 223381**
Address: **4667 MacArthur Blvd**
**Suite 150**
**Newport Beach, CA 92660**
Telephone: **949-200-8755**      Fax: **866-843-8308**

■ Attorney for Debtor
☐ Debtor in Pro Per

<table>
<tr><td colspan="2" align="center">**UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**</td></tr>
<tr><td>List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Nellie Jacqueline Gutierrez**</td><td>Case No.:</td></tr>
<tr><td></td><td align="center"><br>**NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code)</td></tr>
</table>

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.   **Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2.   **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)**

1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Nellie Jacqueline Gutierrez**
Printed Name(s) of Debtor(s)                              x _Nellie Jacqueline Gutierrez_  2/17/15
                                                                   Signature of Debtor          Date

Case No. (if known) _____                 X _____
                                                                   Signature of Joint Debtor (if any)     Date

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Central District of California

In re   **Nellie Jacqueline Gutierrez** _____,   Case No. _____

_____
Debtor

Chapter _____ **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 426,860.00 | | |
| B - Personal Property | Yes | 4 | 86,168.62 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 310,564.36 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 2,344.76 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 28,748.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 8,186.66 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,015.94 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 513,028.62 | | |
| Total Liabilities | | | | 341,657.12 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Central District of California

In re    **Nellie Jacqueline Gutierrez**

Case No. _____

_____
Debtor

Chapter _____ **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 2,344.76 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 2,344.76 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 8,186.66 |
| Average Expenses (from Schedule J, Line 22) | 7,015.94 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 12,207.12 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 2,344.76 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 28,748.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 28,748.00 |

B6A (Official Form 6A) (12/07)

In re  **Nellie Jacqueline Gutierrez**                                        ,          Case No. _____
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **SFR - 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by Zillow.com)** | **Fee simple** | - | 420,060.00 | 306,488.36 |
| **Parcel 132-02-251-0 in Rio Rico, AZ (.625 acre vacant lot)** | **Fee simple** | - | 6,800.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 426,860.00 | (Total of this page) |
| Total > | 426,860.00 |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Nellie Jacqueline Gutierrez** _____,    Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

  **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct. 5264 JP Morgan Chase Bank** | - | 55.00 |
| | | **Savings Acct. 9148 JP Morgan Chase Bank** | - | 138.70 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Household Goods and Furnishings 11121 Reichling Lane, Whittier CA 90606 (No single item valued greater than $550)** | - | 4,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. Books, Pictures, and Other Art Collectibles 11121 Reichling Lane, Whittier CA 90606** | - | 50.00 |
| 6. Wearing apparel. | | **Clothing, Shoes, and Accessories 11121 Reichling Lane, Whittier CA 90606** | - | 500.00 |
| 7. Furs and jewelry. | | **Jewelry and Rings 11121 Reichling Lane, Whittier CA 90606** | - | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Gun 11121 Reichling Lane, Whittier CA 90606** | - | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                Sub-Total >    6,443.70
                                                          (Total of this page)

  __3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Nellie Jacqueline Gutierrez**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Merrill Lynch 401(k)** | - | 58,218.92 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                58,218.92
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __Nellie Jacqueline Gutierrez_____,      Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Honda Accord  132k mi. 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by Kelly Blue Book) | - | 7,477.00 |
| | | 2004 GMC Yukon Denali  115k mi. 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by Kelly Blue Book) | - | 8,191.00 |
| | | 1998 Honda Accord  190k mi. 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by Kelly Blue Book) | - | 1,838.00 |
| | | 1995 GMC Z71  220k mi.  (*Not-Running) 11121 Reichling Lane, Whittier CA 90606 (Approx. scrap metal value) | - | 500.00 |
| | | 1980 Harley Davidson Sportster 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by NADA Guides) | - | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Carpenter's Tools 11121 Reichling Lane, Whittier CA 90606 | - | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

|  | Sub-Total >  (Total of this page) | 21,506.00 |
|---|---|---|

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **Nellie Jacqueline Gutierrez**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 86,168.62 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re    **Nellie Jacqueline Gutierrez**                                      Case No. _____
                                                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **SFR - 11121 Reichling Lane, Whittier CA 90606** (Fair market value provided by Zillow.com) | C.C.P. § 703.140(b)(1) | 25,575.00 | 420,060.00 |
| **Parcel 132-02-251-0 in Rio Rico, AZ** (.625 acre vacant lot) | C.C.P. § 703.140(b)(5) | 6,800.00 | 6,800.00 |
| **Cash on Hand** | | | |
| **Cash on hand** | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Acct. 5264** JP Morgan Chase Bank | C.C.P. § 703.140(b)(5) | 55.00 | 55.00 |
| **Savings Acct. 9148** JP Morgan Chase Bank | C.C.P. § 703.140(b)(5) | 138.70 | 138.70 |
| **Household Goods and Furnishings** | | | |
| **Misc. Household Goods and Furnishings** 11121 Reichling Lane, Whittier CA 90606 (No single item valued greater than $550) | C.C.P. § 703.140(b)(3) | 4,500.00 | 4,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Misc. Books, Pictures, and Other Art Collectibles** 11121 Reichling Lane, Whittier CA 90606 | C.C.P. § 703.140(b)(3) | 50.00 | 50.00 |
| **Wearing Apparel** | | | |
| **Clothing, Shoes, and Accessories** 11121 Reichling Lane, Whittier CA 90606 | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| **Jewelry and Rings** 11121 Reichling Lane, Whittier CA 90606 | C.C.P. § 703.140(b)(4) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Gun** 11121 Reichling Lane, Whittier CA 90606 | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Merrill Lynch 401(k)** | 11 U.S.C. § 522(b)(3)(C) | 58,218.92 | 58,218.92 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 GMC Yukon Denali  115k mi.** 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by Kelly Blue Book) | C.C.P. § 703.140(b)(2) C.C.P. § 703.140(b)(5) | 5,100.00 3,091.00 | 8,191.00 |
| **1998 Honda Accord  190k mi.** 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by Kelly Blue Book) | C.C.P. § 703.140(b)(5) | 1,838.00 | 1,838.00 |

_____1____ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Nellie Jacqueline Gutierrez**
_____ ,   Case No. _____
                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1995 GMC Z71  220k mi.  (*Not-Running) 11121 Reichling Lane, Whittier CA 90606 (Approx. scrap metal value) | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| 1980 Harley Davidson Sportster 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by NADA Guides) | C.C.P. § 703.140(b)(5) | 2,500.00 | 2,500.00 |
| Machinery, Fixtures, Equipment and Supplies Used in Business Carpenter's Tools 11121 Reichling Lane, Whittier CA 90606 | C.C.P. § 703.140(b)(6) | 1,000.00 | 1,000.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Total:   111,066.62          505,551.62

B6D (Official Form 6D) (12/07)

In re   **Nellie Jacqueline Gutierrez**                              ,          Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxxx9055 | | | | | 7/2010 | | | | | |
| American Honda Finance Corp. POB 60001 City of Industry, CA 91716-0001 | - | | | | Secured Auto Loan 2010 Honda Accord 132k mi. 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by Kelly Blue Book) | | | | | |
| | | | | | Value $         7,477.00 | | | | 4,076.00 | 0.00 |
| Account No. xxxxx0480 | | | | | First Mortgage | | | | | |
| Bank of America POB 5170 Simi Valley, CA 93062-5170 | X - | | | | SFR - 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by Zillow.com) | | | | | |
| | | | | | Value $       420,060.00 | | | | 74,325.30 | 0.00 |
| Account No. xxxxxxxxxx0967 | | | | | 4/2003 | | | | | |
| JP Morgan Chase Bank N.A. 1241 E. Dyer Rd. 250 Santa Ana, CA 92705 | - | | | | Second Mortgage SFR - 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by Zillow.com) | | | | | |
| | | | | | Value $       420,060.00 | | | | 232,163.06 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
|  **0**  continuation sheets attached | | | | | | | Subtotal (Total of this page) | | 310,564.36 | 0.00 |
| | | | | | | | Total (Report on Summary of Schedules) | | 310,564.36 | 0.00 |

B6E (Official Form 6E) (4/13)

In re    **Nellie Jacqueline Gutierrez**                                        Case No. _____

                                                          ,

                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Totals" on the last sheet of the completed schedule. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Nellie Jacqueline Gutierrez**                                              ,    Case No. _____
                                                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7410**<br><br>**Franchise Tax Board**<br>**Bankruptcy Section, MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | - | | **2012**<br><br>**IncomeTax** | | | | 1,714.76 | 0.00 | 1,714.76 |
| Account No. **xxx-xx-4343**<br><br>**Internal Revenue Service**<br>**Insolvency West**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | **2013**<br><br>**IncomeTax** | | | | 630.00 | 0.00 | 630.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet ___1___ of ___1___  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 2,344.76 | 0.00<br>2,344.76 |
| Total<br>(Report on Summary of Schedules) | 2,344.76 | 0.00<br>2,344.76 |

B6F (Official Form 6F) (12/07)

In re    **Nellie Jacqueline Gutierrez**
_____,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx6604<br><br>**Barclays Bank Delaware**<br>**Attn: Bankruptcy**<br>**P.O. Box 8801**<br>**Wilmington, DE 19899** | | - | Opened 12/01/13 Last Active 1/12/15<br>Credit Card | | | | 3,276.00 |
| Account No. xxxxxxxxxxx8473<br><br>**Capital 1 Bank**<br>**Attn: General Correspondence**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | - | Opened 8/01/12 Last Active 1/10/15<br>Credit Card | | | | 2,927.00 |
| Account No. xxxxxxxxxxx6254<br><br>**Capital 1 Bank**<br>**Attn: General Correspondence**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | - | Opened 6/01/14 Last Active 1/06/15<br>Credit Card | | | | 2,884.00 |
| Account No. xxxxxx0967<br><br>**Chase**<br>**Po Box 24696**<br>**Columbus, OH 43224** | | - | Opened 7/26/03 Last Active 9/02/09<br>Credit Line Secured | | | | Unknown |
| **2**  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 9,087.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nellie Jacqueline Gutierrez**  Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxx4700 | | | | | Opened 8/10/06 Last Active 5/17/10 Real Estate Mortgage | | | | |
| Chase Manhattan Mortgage Attn: Bankruptcy Dept 3415 Vision Dr Columbus, OH 43219 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. xxxxx2026 | | | | | Opened 6/01/14 Last Active 1/16/15 Charge Account | | | | |
| Comenity Bank/avenue Po Box 182789 Columbus, OH 43218 | - | | | | | | | | |
| | | | | | | | | | 77.00 |
| Account No. xxxxxxxxxxx6192 | | | | | Opened 5/01/14 Last Active 7/16/14 Charge Account | | | | |
| Comenity Bank/Inbryant 4590 E Broad St Columbus, OH 43213 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. xxxxx8464 | | | | | Opened 3/01/89 Last Active 1/12/06 Charge Account | | | | |
| Comenity Bank/New York & Company Attention: Bankruptcy P.O. Box 182686 Columbus, OH 43218 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. xxxxxxxxxxx8478 | | | | | Opened 2/01/14 Last Active 1/12/15 Charge Account | | | | |
| GECRB/JC Penny Attention:  Bankruptcy Po Box 103104 Roswell, GA 30076 | - | | | | | | | | |
| | | | | | | | | | 424.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  501.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nellie Jacqueline Gutierrez**                                              Case No. _____

                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxx1773 | | | | Opened 11/01/13 Last Active 1/23/15 Charge Account | | | | |
| Gemb/walmart Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | - | | | | | | 148.00 |
| Account No. xxxxxxxxxxxx5123 | | | | Opened 12/01/13 Last Active 2/03/15 Charge Account | | | | |
| Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | - | | | | | | 426.00 |
| Account No. xxxxxxxxxxxx6585 | | | | Opened 11/01/95 Last Active 8/29/11 Credit Card | | | | |
| Los Angeles F C U 300 S Glendale Ave Glendale, CA 91205 | | | | | | | | 16,060.00 |
| Account No. xxxxxxxxxxxx3232 | | | | Opened 8/01/14 Last Active 1/09/15 Credit Card | | | | |
| Sears/cbna Po Box 6283 Sioux Falls, SD 57117 | | - | | | | | | 1,909.00 |
| Account No. xxxxx7377 | | | | Opened 8/01/12 Last Active 1/28/15 Credit Card | | | | |
| Td Bank Usa/targetcred Po Box 673 Minneapolis, MN 55440 | | - | | | | | | 617.00 |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 19,160.00 |
| Total (Report on Summary of Schedules) | | 28,748.00 |

B6G (Official Form 6G) (12/07)

In re   **Nellie Jacqueline Gutierrez**                                    Case No. _____

                                                                    ,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AT&T**<br>**POB 537104**<br>**Atlanta, GA 30353-7104** | **2 yr contract** |
| **Monitronics Alarm System**<br>**POB 814530**<br>**Dallas, TX 75381-4530** | **3 yr contract** |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Nellie Jacqueline Gutierrez**

_____,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Adolfo Gutierrez, Jr.**<br>**11121 Reichling Lane**<br>**Whittier, CA 90606-1601** | **Bank of America**<br>**POB 5170**<br>**Simi Valley, CA 93062-5170** |

0

_____  continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

| Debtor 1 | Nellie Jacqueline Gutierrez |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_MM / DD / YYYY_

## Official Form B 6I
## Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | Accounts Receivable | Maintenance |
| Employer's name | | Marshall Tool & Supply LLC | Accratronic Seals |
| Employer's address | | 9000 Lurline Ave.<br>Chatsworth, CA 91311 | |
| How long employed there? | | 26 yrs 9 mo | 29 yrs 7 mo |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | | 2. | $    5,841.17 | $ | 5,109.86 |
| 3. | Estimate and list monthly overtime pay. | | 3. | +$    0.00 | +$ | 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | | 4. | $    5,841.17 | $ | 5,109.86 |

Debtor 1  **Nellie Jacqueline Gutierrez**                                    Case number *(if known)* _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **5,841.17** | $ **5,109.86** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **953.08** | $ **833.80** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **693.86** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **283.63** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ **0.00** | + $ **0.00** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ **1,646.94**   $ **1,117.43**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ **4,194.23**   $ **3,992.43**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ **0.00**   $ **0.00**

8b. **Interest and dividends**   8b.   $ **0.00**   $ **0.00**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ **0.00**   $ **0.00**

8d. **Unemployment compensation**   8d.   $ **0.00**   $ **0.00**

8e. **Social Security**   8e.   $ **0.00**   $ **0.00**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ **0.00**   $ **0.00**

8g. **Pension or retirement income**   8g.   $ **0.00**   $ **0.00**

8h. **Other monthly income.** Specify: _____   8h.+   $ **0.00**   + $ **0.00**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ **0.00**   $ **0.00**

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ **4,194.23**  +  $ **3,992.43**  =  $ **8,186.66**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related Data, if it applies   12.   $ **8,186.66**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Nellie Jacqueline Gutierrez** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

    　☐ No
    　☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**     ☐ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ■ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 10 | ☐ No  ■ Yes |
| Daughter | 13 | ☐ No  ■ Yes |
| Daughter | 18 | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No    ☐ Yes

### Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ 2,300.00

**If not included in line 4:**

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    __Nellie Jacqueline Gutierrez_____    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 227.94 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 80.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 350.00 |
| | 6d. Other. Specify: __Cable__ | 6d. | $ | 190.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 600.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 650.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 140.00 |
| 10. | **Personal care products and services** | 10. | $ | 120.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 1,000.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 20.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 225.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 250.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 468.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: _____ | 17c. | $ | 0.00 |
| | 17d. Other. Specify: _____ | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | | $ | 0.00 |
| | | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule J: Your Income*.** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 60.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: __College Expense/Monthly Trash__ | 21. | +$ | 150.00 |
| | __Monitronics Alarm__ | | +$ | 35.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. | $ | 7,015.94 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 8,186.66 |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. | –$ | 7,015.94 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 1,170.72 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.
Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   __Nellie Jacqueline Gutierrez__                                    Case No. _____

_____
                Debtor(s)                    Chapter   __13__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   __21__
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __2/17/15__                    Signature   _Nellie Jacquline Gutierrez_

                                **Nellie Jacqueline Gutierrez**
                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California

In re    __Nellie Jacqueline Gutierrez__ _____      Case No. _____

                                                    Debtor(s)          Chapter     __13__ _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐     business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$12,206.00** | **2015 YTD: Debtor and Husband Employment Income** **[Nellie - $4,670.00; Adolfo [Husband] - $7,536.00]** |
| **$129,419.00** | **2014: Debtor and Husband Employment Income** **[Nellie - $58,571.00; Adolfo [Husband] - $70,848.00]** |
| **$106,574.00** | **2013: Debtor and Husband Employment Income** **[Nellie - $49,084.00; Adolfo [Husband] - $57,490.00]** |

B7 (Official Form 7) (04/13)
2

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

---

**5. Repossessions, foreclosures and returns**

None  ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6. Assignments and receiverships**

None  ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None  ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**

None  ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

**8. Losses**

None  ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

**9. Payments related to debt counseling or bankruptcy**

None  ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **The Manning Law Office** <br> **4667 MacArthur Blvd** <br> **Suite 150** <br> **Newport Beach, CA 92660** | **1/16/15** | **$3,500.00 --- Legal Services** <br> **$310.00 --- Filing Fee** |

---

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Abacus Credit Counseling** | **1/21/15** | **$35.00** |

---

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

---

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

### 18 . Nature, location and name of business

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

B7 (Official Form 7) (04/13)
7

## 20. Inventories

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22 . Former partners, officers, directors and shareholders

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23 . Withdrawals from a partnership or distributions by a corporation

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __2/17/15__

Signature _Nellie Jacqueline Gutierrez_
           Nellie Jacqueline Gutierrez
           Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Attorney or Debtor Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Joseph R. Manning, Jr.**<br>**The Manning Law Office**<br>**4667 MacArthur Blvd**<br>**Suite 150**<br>**Newport Beach, CA 92660**<br>**949-200-8755 Fax: 866-843-8308**<br>California State Bar Number: **223381**<br>**info@manninglawoffice.com** | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Nellie Jacqueline Gutierrez<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER 13<br><br>**RIGHTS AND RESPONSIBILITIES AGREEMENT BETWEEN CHAPTER 13 DEBTORS AND THEIR ATTORNEYS** |
|---|---|

It is important for Debtors who file a chapter 13 bankruptcy case to understand their rights and responsibilities. It is also important for Debtors to know what their attorneys' responsibilities are and to communicate carefully with their attorneys to make the case successful. Debtors also are entitled to expect certain services to be performed by their attorneys. In order to assure that Debtors and their attorneys understand their rights and responsibilities in the bankruptcy process, the following rights and responsibilities have been adopted by the court. The signatures below indicate that the responsibilities outlined in the agreement have been accepted by the Debtors and their attorneys. Nothing in this agreement is intended to modify, enlarge or abridge the rights and responsibilities of a "debt relief agency," as that term is defined and used in 11 U.S.C. § 101, et. seq.

Any attorney retained to represent a Debtor in a chapter 13 case is responsible for representing the Debtor on all matters arising in the case, other than adversary proceedings, unless otherwise ordered by the court. The attorney may not withdraw absent a consensual withdrawal or substitution of counsel or approval by the court of a motion for withdrawal or substitution of counsel considered after notice and a hearing. When appropriate, the attorney may apply to the court for compensation additional to the maximum initial fees set forth below in this agreement.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2012*                                     Page 1                                     **F 3015-1.7.RARA**

**BEFORE THE CASE IS FILED, THE DEBTOR AGREES TO:**

1.  Discuss with the attorney the Debtor's objectives in filing the case.

2.  Timely provide the attorney with accurate information, financial and otherwise.

3.  Timely provide the attorney with all documentation requested by the attorney, including but not limited to, true and correct copies of the following documents*:

    a.  Certificate of Credit Counseling, together with the debt repayment plan, if any, prepared by the nonprofit budget and credit counseling agency that provided individual counseling services to the debtor prior to bankruptcy.

    b.  Proof of income from all sources received during the period of 7 months before the date of the filing of the petition, including but not limited to paycheck stubs, Social Security statements, worker's compensation, rental, pension, disability, and self-employment income, and other payment advices. For businesses, the Debtor should provide report(s) disclosing monthly income and expenses for the period of 6 months before the date of the filing of the petition.

    c.  Proof of ability to pay from any person contributing income to the case.

    d.  Federal and state income tax returns, or transcripts of such returns, for the most recent tax year ending immediately before the commencement of the case.

    e.  Proof of the debtor's identity, including a driver's license, passport, or other document containing a photograph of the debtor.

    f.  A record of the debtor's interest, if any, in an educational individual retirement account or under a qualified State tuition program.

    g.  The name, address and telephone number of any person or state agency to whom the Debtor owes back child or spousal support, the name, address and telephone number of any person or state agency to whom the Debtor makes current child or spousal support payments and all supporting documents for the child or spousal support payments. Examples of supporting documents are a court order, declaration of voluntary support payments, separation agreement, divorce decree and a property settlement agreement.

    h.  Insurance policies owned by the debtor, including homeowner's insurance, business insurance, automobile insurance, fire insurance, flood insurance, earthquake insurance, and credit life insurance.

* All documents submitted to the attorney must be copies as the documents will not be returned to the Debtor.

**AFTER THE CASE IS FILED, THE DEBTOR AGREES TO:**

1.  Timely make the required monthly payments.

2.  Comply with the chapter 13 rules and procedures.

3.  Keep the chapter 13 trustee and attorney informed of the Debtor's current address and telephone number, and the Debtor's employment status.

4.  Sign a payroll deduction order, if one is required.

5.  Inform the attorney of any change in the Debtor's marital status, the commencement of any child support or spousal support obligation, or a change in any existing child support or spousal support obligation.

6.  Inform the attorney of any wage garnishments or liens or levies on assets that occur or continue after

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2012*                                              Page 2                                      **F 3015-1.7.RARA**

the filing of the case.

7.      Contact the attorney promptly if the Debtor loses his or her job, encounters other new or unexpected financial problems, if the Debtor's income increases, or if the Debtor receives, or learns of the right to receive, money or other proceeds of an inheritance or legal action.

8.      Timely inform the attorney of any change in a creditor's address or payment amount.

9.      Keep records of all mortgage, vehicle and personal property payments made to all secured creditors during the case.

10.     Provide the attorney with any federal tax returns or transcripts requested pursuant to 11 U.S.C. § 521(f).

11.     Contact the attorney promptly if the Debtor is sued during the case or if the Debtor commences a lawsuit or intends to settle any dispute.

12.     Inform the attorney if any tax refunds to which the Debtor is entitled are seized or not received when expected by the Debtor from the IRS or Franchise Tax Board.

13.     Contact the attorney promptly before buying, refinancing, or selling real property, and before incurring substantial additional debt.

14.     Pay directly to the attorney any filing fees.

## BEFORE THE CASE IS FILED, THE ATTORNEY AGREES TO PROVIDE AT LEAST THE FOLLOWING LEGAL SERVICES:

As used herein, the term "Personally" means that the described service shall be performed only by an attorney who is a member in good standing of the State Bar of California and admitted to practice before this court. The service shall not be performed by a non-attorney even if such individual is employed by the attorney and under the direct supervision and control of such attorney.

1.      **Personally meet with the Debtor to review the Debtor's assets, liabilities, income, and expenses.**

2.      **Personally counsel the Debtor regarding the advisability of filing either a chapter 13 or a chapter 7 case, discuss both procedures with the Debtor, and answer the Debtor's questions.**

3.      **Personally review with the Debtor the completed petition, plan, statements, and schedules, as well as all amendments thereto, whether filed with the petition or later.**

4.      **Personally explain to the Debtor that the attorney is being engaged to represent the Debtor on all matters arising in the case, as required by Local Bankruptcy Rule 3015-1(t).**

5.      **Personally explain to the Debtor how and when the attorney's fees and the trustee's fees are determined and paid, and provide an executed copy of this document to the Debtor.**

6.      **Timely prepare and file the Debtor's petition, plan, statements, schedules, and required documents and certificates.**

7.      **Explain which payments must be made directly to creditors by the Debtor and which payments will be made through the Debtor's chapter 13 plan, with particular attention to mortgage and vehicle loan or lease payments.**

8.      **Explain to the Debtor how, when, and where to make the chapter 13 plan payments.**

9.      **Explain to the Debtor how, when, and where to make postpetition mortgage, mobile home, manufactured home, and vehicle loan and lease payments.**

10.     **Advise the Debtor of the necessity to maintain appropriate insurance, including homeowner's insurance and liability, collision and comprehensive insurance on vehicles securing loans or leases.**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2012                                              Page 3                                              F 3015-1.7.RARA

**AFTER THE CASE IS FILED, THE ATTORNEY AGREES TO PROVIDE AT LEAST THE FOLLOWING LEGAL SERVICES:**

1.  Advise the Debtor of the requirement to attend the § 341(a) meeting of creditors, and instruct the Debtor as to the date, time, and place of the meeting. In the case of a joint filing, inform the Debtor that both spouses must appear.

2.  Inform the Debtor that the Debtor must be punctual for the § 341(a) meeting of creditors. "Punctual" means that the attorney and the debtor(s) must be present in time for check-in. After checking in, if the attorney finds it necessary to request second call, the attorney and the debtor(s) must be present for examination before the end of the calendar.

3.  Attend the § 341(a) meetings and any court hearing, either personally or through another attorney from the attorney's firm or through an appearance attorney who has been adequately briefed on the case.

4.  Advise the Debtor if an appearance attorney will appear on the Debtor's behalf at the § 341(a) meeting or any court hearing, and explain to the Debtor in advance, if possible, the role and identity of the appearance attorney. In any event, the attorney is responsible to prepare adequately the appearance attorney in a timely fashion and to furnish the appearance attorney with all necessary documents, hearing notes, and other necessary information in sufficient time to allow for review of such information and proper representation of the Debtor.

5.  Timely serve the plan and mandatory notice on all creditors.

6.  Timely submit to the chapter 13 trustee properly documented proof of all sources of income for the Debtor, including business reports and supporting documentation required by Local Bankruptcy Rules.

7.  Timely respond to objections to plan confirmation and, where necessary, prepare, file, and serve an amended plan.

8.  Timely prepare, file, and serve any necessary amended statements and schedules and any change of address, in accordance with information provided by the Debtor.

9.  Monitor all incoming case information throughout the case (including, but not limited to, Order Confirming Plan, Notice of Intent to Pay Claims, and the chapter 13 trustee's status reports) for accuracy and completeness. Contact the trustee promptly regarding any discrepancies.

10. Review the claims register and the chapter 13 trustee's notice of intent to pay claims after entry of a plan confirmation order.

11. File objections to improper or invalid claims, when appropriate.

12. Prepare and file a proof of claim, when appropriate, if a creditor fails to do so.

13. Prepare, file, and serve timely motions to modify the plan after confirmation, when necessary.

14. Prepare, file, and serve motions to buy, sell, or refinance real or other property, when appropriate.

15. Prepare, file, and serve any other motion that may be necessary to appropriately represent the Debtor in the case, including but not limited to, motions to impose or extend the automatic stay.

16. Timely respond to all motions filed by the chapter 13 trustee, and represent the Debtor in response to all other motions filed in the case, including but not limited to, motions for relief from stay.

17. When appropriate, prepare, file, and serve motions to avoid liens on real or personal property, and motions to value the collateral of secured creditors.

18. Be available to respond to the Debtor's questions throughout the term of the plan, and provide such

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2012                                          Page 4                                          **F 3015-1.7.RARA**

other legal services as are necessary for the administration of the case before the bankruptcy court.

19.    Represent the Debtor at a discharge hearing, if required.

20.    If not representing the Debtor in adversary proceedings, assist the Debtor in obtaining competent counsel to represent the Debtor in any adversary proceeding filed in the case.

## ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES *AND COSTS*:

The guidelines in this district for payment of costs incurred in performing the services described in bold face type in this agreement ("included Costs") and attorneys' fees in chapter 13 cases without a detailed fee application provide for the following maximum Included Costs and fees for the services described in this agreement in bold face type (that is, the services described on pages 3 through 5 of this agreement): $5,000 (excluding the petition filing fee and with a maximum of $4,000 to be paid prior to confirmation) in cases where the Debtor is engaged in a business; or $4,000 (excluding the petition filing fee) in all other cases. In this case the parties agree that the Included Costs (excluding the petition filing fee) and fee for the services described in bold face type in this agreement will be $ _3,500.00_ .

Other than the initial retainer, the attorney may not receive fees directly from the Debtor prior to confirmation. All other fees due through confirmation shall be paid through the plan unless otherwise ordered by the court.

If the attorney performs tasks on behalf of the Debtor not set forth in bold face, the attorney may apply to the court for additional fees and costs, but such applications will be reviewed by both the chapter 13 trustee and the court. The attorney agrees to charge for such additional services at the rate of $ _395_ per hour. The attorney agrees to give the Debtor written notice of any change in the hourly rate prior to rendering additional services. Alternatively, the attorney may charge a reasonable flat fee for some specified service(s). In either event, the attorney shall disclose to the court in the fee application any fees paid or costs reimbursed by the Debtor and the source of those payments. The attorney may receive fees for such additional services directly from the Debtor. Any fees received directly from the Debtor will be deposited in the attorney's trust account until a fee application is approved by the court.

If the Debtor disputes the legal services provided or the fees charged by the attorney, the Debtor may file an objection with the court and request a hearing. Should the representation of the Debtor create a hardship, the attorney may seek a court order allowing the attorney to withdraw from the case. The Debtor may discharge the attorney at any time.

<u>Debtor's Signature</u>. The Debtor's signature below certifies that the Debtor has read, understands and agrees to the best of his or her ability to carry out the terms of this agreement, agrees to the scope of this agreement, and has received a signed copy of this agreement.

<u>Attorney's Signature</u>. The attorney's signature below certifies that before the case was filed the attorney personally met with, counseled, and explained the foregoing matters to the Debtor and verified the number and status of any prior bankruptcy case(s) filed by the Debtor or any related entity, as set forth in Local Bankruptcy Rule 1015-2. This agreement does not constitute the written fee agreement contemplated by the California Business & Professions Code.

_____    _____
Debtor                                                          Date    2/17/15

_____    _____
Attorney                                                       Date    2/17/15

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2012                                    Page 5                                    F 3015-1.7.RARA

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)          1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **Nellie Jacqueline Gutierrez** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................ $ _____ 3,500.00

    Prior to the filing of this statement I have received ........................... $ _____ 0.00

    Balance Due ............................................................................. $ _____ 3,500.00

2.  $ **310.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Prepare Chapter 13 bankruptcy petition for CLIENT which includes preparation of petition, payment plan, represent client at one (1) 341 meeting, and pay any court filing fee.**

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (12/88)                    1998 USBC, Central District of California

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services

**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.  Does not include representation for any 3rd party adversary actions to CLIENT's bankruptcy including relief from automatic stay actions and 523 motions.  Does not include any fees for credit counseling.  Does not include negotiation of reaffirmation or surrender of secured collateral.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

2-17-15

_Date_

**Joseph R. Manning, Jr. 223381**
_Signature of Attorney_
**The Manning Law Office**
_Name of Law Firm_
**4667 MacArthur Blvd**
**Suite 150**
**Newport Beach, CA 92660**
**949-200-8755  Fax: 866-843-8308**

---

February 2006                                                                              2006 USBC Central District of California

## United States Bankruptcy Court
### Central District of California

In re   **Nellie Jacqueline Gutierrez** _____

_____                Case No. _____
                          Debtor(s)       Chapter        **13**        _____

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, **Nellie Jacqueline Gutierrez** , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

- ☒  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
  (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

- ☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

- ☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

- ☐  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
  (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

- ☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

- ☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date **2/17/15** _____        Signature _Nellie Jacqueline Gutierrez_ _____
                                        **Nellie Jacqueline Gutierrez**
                                        Debtor

MARSHALL TOOL & SUPPLY LLC
8655 E 8 MILE RD
WARREN, MI 48089

| 01/23/2015 | 6282000071 |
|---|---|
| DATE | CHECK NO. |

PAYROLL CHECK
VOID AFTER 180 DAYS

PAY TO THE
ORDER OF

NELLIE J. GUTIERREZ
11121 REICHLING LANE
WHITTIER CA 90606

**$1597.72**

AMOUNT

ONE THOUSAND FIVE HUNDRED NINETY-SEVEN AND 72/100.........DOLLARS

JPMORGAN CHASE BANK, N.A.
COLUMBUS, OH

AUTHORIZED SIGNATURE(S)

⑆628 2000071⑆ ⑈044115443⑈ 754281384⑈

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

NELLIE J. GUTIERREZ
11121 REICHLING LANE
WHITTIER, CA 90606

Soc Sec #: XXX-XX-XXXX    Employee ID: 100495
Hire Date: 04/18/88
Status: FH
Filing Status:
Federal: Married, 5
State: CA, Married, 5
Div/Br/Dept: 11/092/01170M

Pay Period: 01/05/15 to 01/18/15
Check Date: 01/23/15    Check #: 6282000071

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 1597.72 | 2972.14 |
| Net Pay | 1597.72 | 2972.14 |

## EARNINGS

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($ |
|---|---|---|---|---|---|
| REGULAR EARNING | 79.90 | 30.8300 | 2463.32 | 102.80 | 3127.42 |
| OVERTIME EARNIN | 0.70 | 46.2450 | 32.37 | 1.50 | 67.1 |
| HOLIDAY | | | | 34.00 | 986.0 |
| SICK | | | | 11.70 | 339.3 |
| VACATION | | | | 5.20 | 150.8 |
| MEDICAL S125 (A | | | -69.00 | | -138.0 |
| 401K EE CONT | | | -74.87 | | -140.1 |
| 401K ER MATCH - M | | | 74.87 | | 140.1 |
| HOURS WORKED | 80.60 | | | 104.30 | |
| ADJ EARNINGS | | | 2351.82 | | 4392.5 |
| GROSS EARNINGS | 80.60 | | 2495.69 | 155.20 | 4670.6 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($ |
|---|---|---|
| 401K LOAN 1 | 346.93 | 693.86 |
| LIFE INSURANCE | 16.40 | 32.8 |
| TOTAL | 363.33 | 726.6 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($ |
|---|---|---|
| FEDERAL W/H | 152.29 | 257.92 |
| OASDI | 150.45 | 281.0 |
| MEDICARE | 35.19 | 65.7 |
| STATE W/H CA | 31.00 | 48.3 |
| STATE SDI CA | 21.84 | 40.7 |
| TOTAL | 390.77 | 693.77 |

| | CURRENT ($) | YTD ($, |
|---|---|---|
| NET PAY | 1597.72 | 2972.14 |

*Payrolls by Paychex, Inc.*

0450-F130 MARSHALL TOOL & SUPPLY LLC ■ 8655 E 8 MILE RD ■ WARREN, MI 48089 ■

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|-----|------|-------|-------|--------|--|
| D3 | 000390 | 100OFF | | 0000015995 | 1 |

020-0001

MARSHALL TOOL & SUPPLY CORP.
9000 LURLINE AVENUE
CHATSWORTH, CA 91311
(818) 717-1965

Period Beginning:   01/04/2014
Period Ending:      01/17/2014
Pay Date:           01/17/2014

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   6
  CA:        6,$10 Additional Tax

**NELLIE GUTIERREZ
11121 REICHLING LN
WHITTIER, CA 90606**

Social Security Number: XXX-XX-2250

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 27.0000 | 81.25 | 2,193.75 | 2,835.00 |
| Overtime | 40.5000 | .75 | 30.38 | 60.76 |
| Sick | | | | 351.00 |
| Vacation | | | | 1,161.00 |
| **Gross Pay** | | | **$2,224.13** | 4,407.76 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -74.70 | 143.61 |
| | Social Security Tax | -127.49 | 252.29 |
| | Medicare Tax | -29.81 | 59.00 |
| | CA State Income Tax | -19.62 | 37.41 |
| | CA SUI/SDI Tax | -20.56 | 40.69 |
| | **Other** | | |
| | Cafeteria Plan | -167.89* | 338.55 |
| | Pension Pln Ln | -150.00 | 300.00 |
| | 401K $ | -88.97* | 176.32 |
| | **Net Pay** | **$1,545.09** | |
| | **Net Check** | **$1,545.09** | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K Er Match | 22.24 | 44.08 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,967.27

©1998, 2006, ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc.

▲ TEAR HERE

FOLD AND REMOVE                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
NELLIE J. GUTIERREZ
11121 REICHLING LANE
WHITTIER, CA 90606

Soc Sec #: XXX-XX-XXXX   Employee ID: 100495
Hire Date: 04/18/88
Status: FH
Filing Status:
Federal: Married, 5
State: CA, Married, 5
Div/Br/Dept: 11/092/01170M

Pay Period: 12/22/14 to 01/04/15
Check Date: 01/09/15    Check #: 6282000066

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 1374.42 | 1374.42 |
| Net Pay | 1374.42 | 1374.42 |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 22.90 | 29.0000 | 664.10 | 22.90 | 664.10 |
| OVERTIME EARNIN | 0.80 | 43.5000 | 34.80 | 0.80 | 34.80 |
| HOLIDAY | 34.00 | 29.0000 | 986.00 | 34.00 | 986.00 |
| SICK | 11.70 | 29.0000 | 339.30 | 11.70 | 339.30 |
| VACATION | 5.20 | 29.0000 | 150.80 | 5.20 | 150.80 |
| MEDICAL S125 (A | | | -69.00 | | -69.00 |
| 401K EE CONT | | | -65.25 | | -65.25 |
| 401K ER MATCH - M | | | 65.25 | | 65.25 |
| | | | | | |
| *HOURS WORKED* | 23.70 | | | 23.70 | |
| *ADJ EARNINGS* | | | | | 2040.75 |
| *GROSS EARNINGS* | 74.60 | | 2175.00 | 74.60 | 2175.00 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401K LOAN 1 | 346.93 | 346.93 |
| LIFE INSURANCE | 16.40 | 16.40 |
| *TOTAL* | 363.33 | 363.33 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL WH | 105.63 | 105.63 |
| OASDI | 130.57 | 130.57 |
| MEDICARE | 30.54 | 30.54 |
| STATE WH CA | 17.31 | 17.31 |
| STATE SDI CA | 18.95 | 18.95 |
| *TOTAL* | 303.00 | 303.00 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1374.42 | 1374.42 |

*Payrolls by Paychex, Inc.*
**0450-F130** MARSHALL TOOL & SUPPLY LLC  ■  8655 E 8 MILE RD  ■  WARREN, MI 48089  ■

**FOLD AND REMOVE**                                    **FOLD AND REMOVE**

**PERSONAL AND CHECK INFORMATION**
NELLIE J. GUTIERREZ
11121 REICHLING LANE
WHITTIER, CA 90606

Soc Sec #: XXX-XX-XXXX   Employee ID: 100495
Hire Date: 04/18/88
Status: FH
Filing Status:
Federal: Married, 5
State: CA, Married, 5
Div/Br/Dept: 11/092/01170M

Pay Period: 12/08/14 to 12/21/14
Check Date: 12/26/14   Check #: 6282000062

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 1520.64 | 24328.57 |
| Net Pay | 1520.64 | 24328.57 |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 79.80 | 29.0000 | 2314.20 | 1038.40 | 30113.60 |
| OVERTIME EARNIN | 1.80 | 43.5000 | 78.30 | 15.90 | 691.65 |
| BONUS | | | | | 2500.00 |
| HOLIDAY | | | | 32.00 | 928.00 |
| SICK | | | | 16.00 | 464.00 |
| VACATION | | | | 64.00 | 1856.00 |
| MEDICAL S125 (A | | | -69.00 | | -1441.64 |
| 401K EE CONT | | | -71.78 | | -848.20 |
| 401K ER MATCH - M | | | 71.78 | | 848.20 |
| *HOURS WORKED* | 81.60 | | | 1054.30 | |
| *ADJ EARNINGS* | | | 2251.72 | | 34263.41 |
| *GROSS EARNINGS* | 81.60 | | 2392.50 | 1166.30 | 36553.25 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401K LOAN 1 | 346.93 | 3816.23 |
| LIFE INSURANCE | 16.40 | 180.40 |
| *TOTAL* | 363.33 | 3996.63 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL WH | 140.16 | 2516.87 |
| OASDI | 144.06 | 2176.93 |
| MEDICARE | 33.69 | 509.13 |
| STATE WH CA | 26.60 | 384.16 |
| STATE SDI CA | 23.24 | 351.12 |
| *TOTAL* | 367.75 | 5938.21 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1520.64 | 24328.57 |

*Payrolls by Paychex, Inc.*
**0450-F130** MARSHALL TOOL & SUPPLY LLC ■ 8655 E 8 MILE RD ■ WARREN, MI 48089 ■

FOLD AND REMOVE                                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

NELLIE J. GUTIERREZ
11121 REICHLING LANE
WHITTIER, CA 90606

Soc Sec #: XXX-XX-XXXX   Employee ID: 100495
Hire Date: 04/18/88
Status: FH
Filing Status:
Federal: Married, 5
State: CA, Married, 5
Div/Br/Dept: 11/092/01170M

Pay Period: 12/08/14 to 12/21/14
Check Date: 12/26/14   Check #: 6282000063

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 1568.28 | 24328.57 |
| Net Pay | 1568.28 | 24328.57 |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | | 1038.40 | 30113.60 |
| OVERTIME EARNIN | | | | 15.90 | 691.65 |
| BONUS | | | 2500.00 | | 2500.00 |
| HOLIDAY | | | | 32.00 | 928.00 |
| SICK | | | | 16.00 | 464.00 |
| VACATION | | | | 64.00 | 1856.00 |
| MEDICAL S125 (A | | | | | -1441.64 |
| 401K EE CONT | | | -75.00 | | -848.20 |
| 401K ER MATCH - M | | | 75.00 | | 848.20 |
| *HOURS WORKED* | | | | 1054.30 | |
| *ADJ EARNINGS* | | | 2425.00 | | 34263.41 |
| *GROSS EARNINGS* | | | 2500.00 | 1166.30 | 36553.25 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401K LOAN 1 | | 3816.23 |
| LIFE INSURANCE | | 180.40 |
| *TOTAL* | 0.00 | 3996.63 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 606.25 | 2516.87 |
| OASDI | 155.00 | 2176.93 |
| MEDICARE | 36.25 | 509.13 |
| STATE W/H CA | 34.22 | 384.16 |
| STATE SDI CA | 25.00 | 351.12 |
| *TOTAL* | 856.72 | 5938.21 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1568.28 | 24328.57 |

*Payrolls by Paychex, Inc.*

**0450-F130** MARSHALL TOOL & SUPPLY LLC ■ 8655 E 8 MILE RD ■ WARREN, MI 48089 ■

FOLD AND REMOVE                                                FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
NELLIE J. GUTIERREZ
11121 REICHLING LANE
WHITTIER, CA 90606

Soc Sec #: XXX-XX-XXXX    Employee ID: 100495
Hire Date: 04/18/88
Status: FH
Filing Status:
Federal: Married, 5
State: CA, Married, 5
Div/Br/Dept: 11/092/01170M

Pay Period: 11/24/14 to 12/07/14
Check Date: 12/12/14    Check #: 6282000054

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 1491.42 | 21239.65 |
| Net Pay | 1491.42 | 21239.65 |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | 64.00 | 29.0000 | 1856.00 | 958.60 | 27799.40 |
| OVERTIME EARNIN | 0.70 | 43.5000 | 30.45 | 14.10 | 613.35 |
| HOLIDAY | 16.00 | 29.0000 | 464.00 | 32.00 | 928.00 |
| SICK | | | | 16.00 | 464.00 |
| VACATION | | | | 64.00 | 1856.00 |
| MEDICAL S125 (A | | | -69.00 | | -1372.64 |
| 401K EE CONT | | | -70.51 | | -701.42 |
| 401K ER MATCH - M | | | 70.51 | | 701.42 |
| *HOURS WORKED* | 64.70 | | | 972.70 | |
| *ADJ EARNINGS* | | | 2210.94 | | 29586.69 |
| *GROSS EARNINGS* | 80.70 | | 2350.45 | 1084.70 | 31660.75 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401K LOAN 1 | 346.93 | 3469.30 |
| LIFE INSURANCE | 16.40 | 164.00 |
| *TOTAL* | 363.33 | 3633.30 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 134.05 | 1770.46 |
| OASDI | 141.45 | 1877.87 |
| MEDICARE | 33.08 | 439.19 |
| STATE W/H CA | 24.80 | 323.34 |
| STATE SDI CA | 22.81 | 302.88 |
| *TOTAL* | 356.19 | 4713.74 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1491.42 | 21239.65 |

*Payrolls by Paychex, Inc.*

**0450-F130** MARSHALL TOOL & SUPPLY LLC  ■  8655 E 8 MILE RD  ■  WARREN, MI 48089  ■

# Earnings Statement



ACCRATRONICS SEALS CORP.
2211 KENMERE
BURBANK, CA 91504

| | |
|---|---|
| Period Beginning: | 01/17/2015 |
| Period Ending: | 01/23/2015 |
| Pay Date: | 01/30/2015 |

00000000016
**ADOLFO GUTIERREZ**
**11121 REICHLING LN.**
**WHITTIER CA 90606**

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 10
CA: 10

Social Security Number: XXX-XX-4343

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 40.00 | 960.00 | 3,792.00 |
| Overtime | 36.0000 | 16.65 | 599.40 | 2,400.48 |
| Holiday | | | | 384.00 |
| Vacation | | | | 960.00 |
| **Gross Pay** | | | **$1,559.40** | 7,536.48 |

| | | | | |
|---|---|---|---|---|
| **Net Check** | | | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,485.72
Your CA taxable wages this period are
$1,485.72

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -64.93 | 406.17 |
| | Social Security Tax | -92.11 | 446.58 |
| | Medicare Tax | -21.54 | 104.44 |
| | CA State Income Tax | -21.77 | 120.43 |
| | CA SUI/SDI Tax | -13.38 | 64.83 |
| | **Other** | | |
| | Aflac Pre Tax | -11.61* | 23.22 |
| | Medical | -42.92* | 214.60 |
| | Optional Life | -11.98 | 92.78 |
| | Ts Dental | -14.05* | 70.25 |
| | Ts Vision | -5.10* | 25.50 |
| | Uniform | -3.10 | 15.50 |
| | Life Post Tax | | -8.22 |
| | **Adjustment** | | |
| | Life Post Tax | +8.22 | |
| | **Net Pay** | **$1,265.13** | |
| | Checking | -1,115.13 | 5,210.40 |
| | 2Nd Checking | -100.00 | 500.00 |
| | 3Rd Checking | -50.00 | 250.00 |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

If you're claiming Federal Exempt status during 2014, you must
submit a new W4 by Feb 17, 2015.

©1998, 2006, ADP, LLC , All Rights Reserved.

▼TEAR HERE

© 2020 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**ADP** TotalSource
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

| | |
|---|---|
| Advice number: | 00000050018 |
| Pay date: | 01/30/2015 |

**THIS IS NOT A CHECK**

Deposited to the account of
**ADOLFO GUTIERREZ**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx9148 | xxxx xxxx | $1,115.13 |
| | xxxxx5264 | xxxx xxxx | $100.00 |
| | xxxxxxx4681 | xxxx xxxx | $50.00 |

# NON-NEGOTIABLE

ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK · HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

ACCRATRONICS SEALS CORP.
2211 KENMERE
BURBANK, CA 91504

Period Beginning: 01/10/2015
Period Ending: 01/16/2015
Pay Date: 01/23/2015

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:    10
    CA:         10

00000000016
**ADOLFO GUTIERREZ**
**11121 REICHLING LN.**
**WHITTIER CA 90606**

Social Security Number: XXX-XX-4343

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 40.00 | 960.00 | 2,832.00 |
| Overtime | 36.0000 | 22.00 | 792.00 | 1,801.08 |
| Holiday | | | | 384.00 |
| Vacation | | | | 960.00 |
| **Gross Pay** | | | **$1,752.00** | 5,977.08 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -93.82 | 341.24 |
| | Social Security Tax | -104.06 | 354.47 |
| | Medicare Tax | -24.34 | 82.90 |
| | CA State Income Tax | -34.48 | 98.66 |
| | CA SUI/SDI Tax | -15.10 | 51.45 |
| | **Other** | | |
| | Aflac Pre Tax | -11.61* | 11.61 |
| | Medical | -42.92* | 171.68 |
| | Optional Life | -20.20 | 80.80 |
| | Ts Dental | -14.05* | 56.20 |
| | Ts Vision | -5.10* | 20.40 |
| | Uniform | -3.10 | 12.40 |
| | **Net Pay** | **$1,383.22** | |
| | Checking | -1,233.22 | 4,095.27 |
| | 2Nd Checking | -100.00 | 400.00 |
| | 3Rd Checking | -50.00 | 200.00 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,678.32
Your CA taxable wages this period are
$1,678.32

**Important Notes**
ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

If you're claiming Federal Exempt status during 2014, you must
sumbit a new W4 by Feb 17, 2015.

* Excluded from federal taxable wages

©1998, 2006, ADP, LLC. All Rights Reserved

© 2000 ADP, LLC

▼ TEAR HERE ▼

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



**ADP** TotalSource
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number:    00000040018
Pay date:          01/23/2015

Deposited to the account of
ADOLFO GUTIERREZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9148 | xxxx xxxx | $1,233.22 |
| xxxxx5264 | xxxx xxxx | $100.00 |
| xxxxxxxx4681 | xxxx xxxx | $50.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT ■

**Earnings Statement**

**ADP**

ACCRATRONICS SEALS CORP.
2211 KENMERE
BURBANK, CA 91504

| | |
|---|---|
| Period Beginning: | 01/03/2015 |
| Period Ending: | 01/09/2015 |
| Pay Date: | 01/16/2015 |

00000000016
**ADOLFO GUTIERREZ**
**11121 REICHLING LN.**
**WHITTIER CA 90606**

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:      10
   CA:           10

Social Security Number: XXX-XX-4348

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 40.00 | 960.00 | 1,872.00 |
| Overtime | 36.0000 | 17.38 | 625.68 | 1,009.08 |
| Holiday | | | | 384.00 |
| Vacation | | | | 960.00 |
| **Gross Pay** | | | **$1,585.68** | 4,225.08 |

Your federal taxable wages this period are
$1,523.61
Your CA taxable wages this period are
$1,523.61

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -70.61 | 247.42 |
| | Social Security Tax | -94.46 | 250.41 |
| | Medicare Tax | -22.09 | 58.56 |
| | CA State Income Tax | -24.27 | 64.18 |
| | CA SUI/SDI Tax | -13.71 | 36.35 |
| | **Other** | | |
| | Medical | -42.92* | 128.76 |
| | Optional Life | -20.20 | 60.60 |
| | Ts Dental | -14.05* | 42.15 |
| | Ts Vision | -5.10* | 15.30 |
| | Uniform | -3.10 | 9.30 |
| | **Net Pay** | **$1,275.17** | |
| | Checking | -1,125.17 | 2,862.05 |
| | 2Nd Checking | -100.00 | 300.00 |
| | 3Rd Checking | -50.00 | 150.00 |
| | **Net Check** | **$0.00** | |

**Important Notes**
ADP TotalSource, Inc, A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

EFFECTIVE THIS PAY PERIOD YOUR STATE
EXEMPTIONS/ALLOWANCES HAVE BEEN CHANGED FROM 5
TO 10.

EFFECTIVE THIS PAY PERIOD YOUR FEDERAL EXEMPTIONS
HAVE BEEN CHANGED FROM 5 TO 10.

If you're claiming Federal Exempt status during 2014, you must
sumbit a new W4 by Feb 17, 2014.

* Excluded from federal taxable wages

©1998, 2006, ADP, LLC   All Rights Reserved.

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

| | |
|---|---|
| Advice number: | 00000030018 |
| Pay date: | 01/16/2015 |

**THIS IS NOT A CHECK**

Deposited to the account of
**ADOLFO GUTIERREZ**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx9148 | xxxx xxxx | $1,125.17 |
| | xxxxx5264 | xxxx xxxx | $100.00 |
| | xxxxxxxx4681 | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

## Earnings Statement

**ADP**

ACCRATRONICS SEALS CORP.
2211 KENMERE
BURBANK, CA 91504

Period Beginning: 12/27/2014
Period Ending: 01/02/2015
Pay Date: 01/09/2015

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 5
CA: 5

00000000016
**ADOLFO GUTIERREZ**
**11121 REICHLING LN.**
**WHITTIER CA 90606**

Social Security Number: XXX-XX-4343

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 14.00 | 336.00 | 912.00 |
| Overtime | 36.0000 | 5.00 | 180.00 | 383.40 |
| Holiday | 24.0000 | 8.00 | 192.00 | 384.00 |
| Vacation | 24.0000 | 32.00 | 768.00 | 960.00 |
| Gross Pay | | | $1,476.00 | 2,639.40 |

Your federal taxable wages this period are
$1,413.93
Your CA taxable wages this period are
$1,413.93

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -111.85 | 176.81 |
| | Social Security Tax | -87.67 | 155.95 |
| | Medicare Tax | -20.50 | 36.47 |
| | CA State Income Tax | -28.43 | 39.91 |
| | CA SUI/SDI Tax | -12.73 | 22.64 |
| | **Other** | | |
| | Medical | -42.92* | 85.84 |
| | Optional Life | -20.20 | 40.40 |
| | Ts Dental | -14.05* | 28.10 |
| | Ts Vision | -5.10* | 10.20 |
| | Uniform | -3.10 | 6.20 |
| | **Net Pay** | $1,129.45 | |
| | Checking | -979.45 | 1,736.88 |
| | 2Nd Checking | -100.00 | 200.00 |
| | 3Rd Checking | -50.00 | 100.00 |
| | **Net Check** | $0.00 | |

**Important Notes**
ADP TotalSource, Inc. A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

If you're claiming Federal Exempt status during 2014, you must
submit a new W4 by Feb 17, 2015.

* Excluded from federal taxable wages

©1998, 2006, ADP, LLC. All Rights Reserved.

▲ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2006 ADP, LLC

**ADP** TotalSource
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number: 00000020018
Pay date: 01/09/2015

**THIS IS NOT A CHECK**
**VOID**

Deposited to the account of
ADOLFO GUTIERREZ

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9148 | xxxx xxxx | $979.45 |
| | xxxxx5264 | xxxx xxxx | $100.00 |
| | xxxxxxxx4681 | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**Earnings Statement**



ACCRATRONICS SEALS CORP.
2211 KENMERE
BURBANK, CA 91504

| | |
|---|---|
| Period Beginning: | 12/20/2014 |
| Period Ending: | 12/26/2014 |
| Pay Date: | 01/02/2015 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 5
CA: 5

00000000016
**ADOLFO GUTIERREZ**
**11121 REICHLING LN.**
**WHITTIER CA 90606**

Social Security Number: XXX-XX-4343

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 24.00 | 576.00 | 576.00 |
| Overtime | 36.0000 | 5.65 | 203.40 | 203.40 |
| Holiday | 24.0000 | 8.00 | 192.00 | 192.00 |
| Vacation | 24.0000 | 8.00 | 192.00 | 192.00 |
| **Gross Pay** | | | **$1,163.40** | 1,163.40 |

## Deductions

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Federal Income Tax | | -54.96 | 54.96 |
| | Social Security Tax | | -68.28 | 68.28 |
| | Medicare Tax | | -15.97 | 15.97 |
| | CA State Income Tax | | -11.48 | 11.48 |
| | CA SUI/SDI Tax | | -9.91 | 9.91 |
| | **Other** | | | |
| | Medical | | -42.92* | 42.92 |
| | Optional Life | | -20.20 | 20.20 |
| | Ts Dental | | -14.05* | 14.05 |
| | Ts Vision | | -5.10* | 5.10 |
| | Uniform | | -3.10 | 3.10 |
| | **Net Pay** | | **$907.43** | |
| | Checking | | -757.43 | 757.43 |
| | 2Nd Checking | | -100.00 | 100.00 |
| | 3Rd Checking | | -50.00 | 50.00 |
| | **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,101.33
Your CA taxable wages this period are
$1,101.33

**Important Notes**
ADP TotalSource, Inc. A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

EFFECTIVE THIS PAY PERIOD YOUR STATE
EXEMPTIONS/ALLOWANCES HAVE BEEN CHANGED FROM 10
TO 5.

EFFECTIVE THIS PAY PERIOD YOUR FEDERAL EXEMPTIONS
HAVE BEEN CHANGED FROM 10 TO 5.

If you're claiming Federal Exempt status during 2014, you must
submit a new W4 by Feb 17, 2015.

© 1999, 2006, ADP, LLC All Rights Reserved.
▲ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
© 2005 ADP, LLC

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

| | |
|---|---|
| Advice number: | 00000010016 |
| Pay date: | 01/02/2015 |

**THIS IS NOT A CHECK**

Deposited to the account of
**ADOLFO GUTIERREZ**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9148 | xxxx xxxx | $757.43 |
| | xxxxx5264 | xxxx xxxx | $100.00 |
| | xxxxxxxx4681 | xxxx xxxx | $50.00 |

**NON-NEGOTIABLE**

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT ■

Case 2:15-bk-10486-GK  Doc 14  Filed 02/18/15  Entered 02/18/15 15:22:01  Desc
Main Document  Page 58 of 77



# Earnings Statement

ACCRATRONICS SEALS CORP.
2211 KENMERE
BURBANK, CA 91504

Period Beginning:   12/13/2014
Period Ending:      12/19/2014
Pay Date:           12/26/2014

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   10
  CA:        10

00000000016
**ADOLFO GUTIERREZ**
**11121 REICHLING LN.**
**WHITTIER CA 90606**

Social Security Number: XXX-XX-4343

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 40.00 | 960.00 | 44,493.36 |
| Overtime | 36.0000 | 19.79 | 712.44 | 22,602.95 |
| Holiday | | | | 1,152.00 |
| Vacation | | | | 5,184.00 |
| **Gross Pay** | | | **$1,672.44** | 73,432.32 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,610.37
Your CA taxable wages this period are
$1,610.37

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -85.78 | 3,644.58 |
| | Social Security Tax | -99.64 | 4,392.13 |
| | Medicare Tax | -23.35 | 1,027.19 |
| | CA State Income Tax | -31.54 | 1,282.93 |
| | CA SUI/SDI Tax | -16.10 | 708.41 |
| | Other | | |
| | Medical | -42.92* | 1,809.59 |
| | Optional Life | -20.20 | 989.80 |
| | Ts Dental | -14.05* | 407.45 |
| | Ts Vision | -5.10* | 172.38 |
| | Uniform | -3.10 | 161.20 |
| | Major Med Clnt | | 202.02 |
| | Std Post Tax | | 80.64 |
| | **Net Pay** | | **$1,330.46** |
| | Checking | -1,180.46 | 50,754.00 |
| | 2Nd Checking | -100.00 | 5,200.00 |
| | 3Rd Checking | -50.00 | 2,600.00 |
| | **Net Check** | | **$0.00** |

**Important Notes**
ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

Please verify your employee information. Notify the ESC at
1-800-554-1802 with changes.

© 2000 ADP, LLC

©1998, 2006, ADP, LLC  All Rights Reserved.

▲ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number:   00006620018
Pay date:        12/26/2014

**THIS IS NOT A CHECK**

Deposited to the account of
**ADOLFO GUTIERREZ**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx9148 | xxxx xxxx | $1,180.46 |
| | xxxxx5264 | xxxx xxxx | $100.00 |
| | xxxxxxxx4681 | xxxx xxxx | $50.00 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# Earnings Statement



ACCRATRONICS SEALS CORP.
2211 KENMERE
BURBANK, CA 91504

| | |
|---|---|
| Period Beginning: | 11/29/2014 |
| Period Ending: | 12/05/2014 |
| Pay Date: | 12/12/2014 |

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 10
   CA: 10

00000000016
**ADOLFO GUTIERREZ**
**11121 REICHLING LN.**
**WHITTIER CA 90606**

Social Security Number: XXX-XX-4343

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 40.00 | 960.00 | 42,573.36 |
| Overtime | 36.0000 | 15.25 | 549.00 | 21,351.60 |
| Holiday | | | | 1,152.00 |
| Vacation | | | | 5,184.00 |
| **Gross Pay** | | | **$1,509.00** | 70,260.96 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -61.27 | 3,499.04 |
| | Social Security Tax | -89.71 | 4,203.21 |
| | Medicare Tax | -20.98 | 983.01 |
| | CA State Income Tax | -20.75 | 1,231.30 |
| | CA SUI/SDI Tax | -14.47 | 677.94 |
| | **Other** | | |
| | Medical | -42.92* | 1,723.75 |
| | Optional Life | -20.20 | 949.40 |
| | Ts Dental | -14.05* | 379.35 |
| | Ts Vision | -5.10* | 162.18 |
| | Uniform | -3.10 | 155.00 |
| | Major Med Cint | | 202.02 |
| | Std Post Tax | | 80.64 |
| | **Net Pay** | **$1,216.45** | |
| | Checking | -1,066.45 | 48,514.12 |
| | 2Nd Checking | -100.00 | 5,000.00 |
| | 3Rd Checking | -50.00 | 2,500.00 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,446.93
Your CA taxable wages this period are
$1,446.93

**Important Notes**
ADP TotalSource, Inc. A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

Please verify your employee information. Notify the ESC at
1-800-554-1802 with changes.

©1998, 2006, ADP, LLC. All Rights Reserved.

© 2006 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

| | |
|---|---|
| Advice number: | 00000500018 |
| Pay date: | 12/12/2014 |

Deposited to the account of
**ADOLFO GUTIERREZ**

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXXXX9148 | XXXX XXXX | $1,066.45 |
| | XXXXX5264 | XXXX XXXX | $100.00 |
| | XXXXXXXX4681 | XXXX XXXX | $50.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

ACCRATRONICS SEALS CORP.
2211 KENMERE
BURBANK, CA 91504

Period Beginning:    11/22/2014
Period Ending:       11/28/2014
Pay Date:            12/05/2014

Taxable Marital Status:  Married
Exemptions/Allowances:
    Federal:  10
    CA:       10

00000000015
**ADOLFO GUTIERREZ**
**11121 REICHLING LN.**
**WHITTIER CA 90606**

Social Security Number: XXX-XX-4343

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 24.00 | 576.00 | 41,613.36 |
| Overtime | 36.0000 | 8.70 | 313.20 | 20,802.60 |
| Holiday | 24.0000 | 8.00 | 192.00 | 1,152.00 |
| Vacation | 24.0000 | 8.00 | 192.00 | 5,184.00 |
| Gross Pay | | | $1,273.20 | 68,751.96 |

## Deductions

### Statutory

| | | year to date |
|---|---|---|
| Federal Income Tax | -28.90 | 3,437.77 |
| Social Security Tax | -75.09 | 4,113.50 |
| Medicare Tax | -17.56 | 962.03 |
| CA State Income Tax | -5.86 | 1,210.55 |
| CA SUI/SDI Tax | -12.11 | 663.47 |

### Other

| | | year to date |
|---|---|---|
| Medical | -42.92* | 1,680.83 |
| Optional Life | -20.20 | 929.20 |
| Ts Dental | -14.05* | 365.30 |
| Ts Vision | -5.10* | 157.08 |
| Uniform | -3.10 | 151.90 |
| Major Med Clnt | | 202.02 |
| Std Post Tax | | 80.64 |
| Net Pay | | $1,048.31 |
| Checking | -898.31 | 47,447.67 |
| 2Nd Checking | -100.00 | 4,900.00 |
| 3Rd Checking | -50.00 | 2,450.00 |
| Net Check | | $0.00 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,211.13
Your CA taxable wages this period are
$1,211.13

**Important Notes**
ADP TotalSource, Inc. A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

Please verify your employee information. Notify the ESC at
1-800-554-1802 with changes.

©1998, 2006, ADP, LLC   All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM    © 2009 ADP, LLC

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number:    00000490017
Pay date:         12/05/2014

Deposited to the account of
**ADOLFO GUTIERREZ**

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXXXX9148 | XXXX XXXX | $898.31 |
| | XXXXX5264 | XXXX XXXX | $100.00 |
| | XXXXXXXX4681 | XXXX XXXX | $50.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Nellie Jacqueline Gutierrez** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | |

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

■ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

■ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

# Official Form 22C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:    Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.
   ☐ **Not married.** Fill out Column A, lines 2-11.
   ■ **Married.** Fill out both Columns A and B, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 5,841.18 | $ 6,365.94 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| Gross receipts (before all deductions) | $ 0.00 | | |
|---|---|---|---|
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 Copy here -> | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| Gross receipts (before all deductions) | $ 0.00 | | |
|---|---|---|---|
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 Copy here -> | $ 0.00 | $ 0.00 |

Debtor 1    __Nellie Jacqueline Gutierrez__    Case number *(if known)* _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| | | |
|---|---|---|
| For you | $ 0.00 | |
| For your spouse | $ 0.00 | |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ 0.00        $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | |
|---|---|---|
| 10a. _____ | $ 0.00 | $ 0.00 |
| 10b. _____ | $ 0.00 | $ 0.00 |
| 10c.   Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 5,841.18  +  $ 6,365.94  =  $ 12,207.12

Total average
monthly income

---

**Part 2:**    Determine How to Measure Your Deductions from Income

12. Copy your total average monthly income from line 11.    $ 12,207.12

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 on line 3d.

☐ You are married and your spouse is filing with you. Fill in 0 in line 13d.

■ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

| | | |
|---|---|---|
| 13a. _____ | $ _____ | |
| 13b. _____ | $ _____ | |
| 13c. _____ | + $ _____ | |
| 13d.   Total _____ | $ 0.00 | Copy here=> 13d.  -   0.00 |

14. **Your current monthly income.** Subtract line 13d from line 12.    14.  $ 12,207.12

---

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=>    15a.  $ 12,207.12

Multiply line 15a by 12 (the number of months in a year).    x 12

15b. The result is your current monthly income for the year for this part of the form.    15b.  $ 146,485.44

---

Debtor 1   __Nellie Jacqueline Gutierrez_____     Case number (if known) _____

16. **Calculate the median family income that applies to you.** Follow these steps:

    16a. Fill in the state in which you live.         __CA__

    16b. Fill in the number of people in your household.     __5__

    16c. Fill in the median family income for your state and size of household.        16c.    $    __86,250.00__
         To find a list of applicable median income amounts, go online using the link specified in the separate
         instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

    17a. ☐   Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under*
            *11 U.S.C. § 1325(b)(3).* Go to Part 3. Do NOT fill out *Calculation of Disposable Income* (Official Form 22C-2).

    17b. ☒   Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. §*
            *1325(b)(3).* Go to Part 3 and fill out *Calculation of Disposable Income* (Official Form 22C-2). On line 39 of that form, copy your
            current monthly income from line 14 above.

**Part 3:**     **Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)**

18. Copy your total average monthly income from line 11 .                18.   $    __12,207.12__

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you
    contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your
    spouse's income, copy the amount from line 13d.

    If the marital adjustment does not apply, fill in 0 on line 19a.             19a.–$         __0.00__

    **Subtract line 19a from line 18.**                          19b.   $    __12,207.12__

20. **Calculate your current monthly income for the year.** Follow these steps:

    20a. Copy line 19b                            20a.   $    __12,207.12__

         Multiply by 12 (the number of months in a year).              x 12

    20b. The result is your current monthly income for the year for this part of the form.      20b.   $  __146,485.44__

    20c. Copy the median family income for your state and size of household from line 16c        $  __86,250.00__

21. **How do the lines compare?**

    ☐   Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment*
        *period is 3 years.* Go to Part 4.

    ☒   Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The*
        *commitment period is 5 years.* Go to Part 4.

**Part 4:**     **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _Nellie Jacqueline Gutierrez_____
   **Nellie Jacqueline Gutierrez**
   Signature of Debtor 1
   Date _02/17/2015_____
      MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 22C-2.

If you checked 17b, fill out Form 22C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Nellie Jacqueline Gutierrez** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 22C-2

# Chapter 13 Calculation of Your Disposable Income

12/14

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly income and Calculation of Commitment Period* (Official Form 22C-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form, Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Deductions from Your Income |
|---|---|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 22C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 22C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5.    **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

| | |
|---|---|
| | **5** |

**National Standards**         You must use the IRS National Standards to answer the questions in lines 6-7.

6.    **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.          $ _____1,780.00

7.    **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health car costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

**People who are under 65 years of age**

| | | | | | |
|---|---|---|---|---|---|
| 7a. | Out-of-pocket health care allowance per person | $ | 60 | | |
| 7b. | Number of people who are under 65 | X | 5 | | |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | $ | 300.00 | Copy line 7c here=> $ | 300.00 |

**People who are 65 years of age or older**

| | | | | | |
|---|---|---|---|---|---|
| 7d. | Out-of-pocket health care allowance per person | $ | 144 | | |
| 7e. | Number of people who are 65 or older | X | 0 | | |
| 7f. | Subtotal. Multiply line 7d by line 7e. | $ | 0.00 | Copy line 7f here=> $ | 0.00 |
| 7g. | **Total.** Add line 7c and line 7f | $ | 300.00 | Copy total here=> 7g. $ | 300.00 |

**Local Standards**   You must use the IRS Local Standards to answer the questions in lines 8-15.

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

Housing and utilities - Insurance and operating expenses
housing and utilities - Mortgage or rent expenses

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8.  **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.    $ _____ 628.00

9.  **Housing and utilities - Mortgage or rent expenses:**

9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.    $ _____ 2,556.00

9b.  Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **Bank of America** | $ 1,826.03 |
| **JP Morgan Chase Bank N.A.** | $ 418.40 |

9b. Total average monthly payment    $ 2,244.43    Copy line 9b here=>  -$ 2,244.43    Repeat this amount on line 33a.

9c.  Net mortgage or rent expense.

Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.    9c. $ 311.57    Copy line 9c here=>  $ 311.57

10.  If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.    $ _____ 0.00

Explain why: _____

**11.** **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

- ☐ 0. Go to line 14.
- ☐ 1. Go to line 12.
- ☑ 2 or more. Go to line 12.

**12.** **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.        $ ____590.00____

**13.** **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**   **Describe Vehicle 1:**   **2010 Honda Accord 132k mi. 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by Kelly Blue Book)**

13a. Ownership or leasing costs using IRS Local Standard        13a.   $ ____517.00____

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then dived by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| American Honda Finance Corp. | $        62.40 |

Copy 13b here => -$ ____62.40____   Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. if this amount is less than $0, enter $0.
13c.   $ ____454.60____   Copy net Vehicle 1 expense here => $ ____454.60____

**Vehicle 2**   **Describe Vehicle 2:**   **2004 GMC Yukon Denali 115k mi. 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by Kelly Blue Book)**

13d. Ownership or leasing costs using IRS Local Standard        13d.   $ ____0.00____

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| -NONE- | $ _____ |

Copy 13e here => -$ ____0.00____

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. if this number is less than $0, enter $0.
13f.   $ ____0.00____   Copy net Vehicle 2 expense here => $ ____0.00____

**14.** **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.        $ ____0.00____

**15.** **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.        $ ____0.00____

**Other Necessary Expenses**    In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

16. **Taxes:** The total monthly amount that you will actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

   Do not include real estate, sales, or use taxes.    $ _____1,786.88

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

   Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.    $ _____0.00

18. **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.

   Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.    $ _____0.00

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

   Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.    $ _____0.00

20. **Education:** The total monthly amount that you pay for education that is either required:
   as a condition for your job, or
   for your physically or mentally challenged dependent child if no public education is available for similar services.    $ _____0.00

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
   Do not include payments for any elementary or secondary school education.    $ _____0.00

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.

   Payments for health insurance or health savings accounts should be listed only in line 25.    $ _____0.00

23. **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

   Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 22C-1, or any amount you previously deducted.    +$ _____0.00

24. **Add all of the expenses allowed under the IRS expense allowances.**
   Add lines 6 through 23.    $ _____5,851.05

**Additional Expense Deductions**    These are additional deductions allowed by the Means Test.
*Note:* Do not include any expense allowances listed in lines 6-24.

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

   | Health insurance | $ _____0.00 | |
   | Disability insurance | $ _____0.00 | |
   | Health savings account | + $ _____0.00 | |
   | Total | $ _____0.00 | Copy total here=> | $ _____0.00 |

   Do you actually spend this total amount?
   ☐    No. How much do you actually spend?    $ _____
   ■    Yes

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.    $ _____0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.

   By law, the court must keep the nature of these expenses confidential.    $ _____0.00

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

$ _____ 0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.

$ _____ 0.00

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

$ _____ 0.00

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)3 and (4).

$ _____ 0.00

32. **Add all of the additional expense deductions**
Add lines 25 through 31.

$ _____ 0.00

## Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

|  |  | Average monthly payment |
|---|---|---|
| Mortgages on your home |  |  |
| 33a. Copy line 9b here | => | $ 2,244.43 |
| Loans on your first two vehicles |  |  |
| 33b. Copy line 13b here | => | $ 62.40 |
| 33c. Copy line 13e here | => | $ 0.00 |

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? |  |
|---|---|---|---|
| 33d. -NONE- | | ☐ No ☐ Yes | $ _____ |
| 33e. | | ☐ No ☐ Yes | $ _____ |
| 33f. | | ☐ No ☐ Yes  + | $ _____ |

33g. Total average monthly payment. Add lines 33a through 33f

$ 2,306.83    Copy total here=>  $ 2,306.83

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No.   Go to line 35.

■ Yes.   State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | Monthly cure amount |
|---|---|---|---|
| Bank of America | SFR - 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by Zillow.com) | $ 47,629.12 ÷ 60 = $ | 793.82 |
| JP Morgan Chase Bank N.A. | SFR - 11121 Reichling Lane, Whittier CA 90606 (Fair market value provided by Zillow.com) | $ 13,883.43 ÷ 60 = $ | 231.39 |
|  |  | $ _____ ÷ 60 = +$ _____ |  |
|  | Total | $ 1,025.21 | Copy total here=> $ 1,025.21 |

**35. Do you owe any priority claims - such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No.   Go to line 36.

■ Yes.   Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims          $ 1,714.76 ÷ 60 $ 28.58

**36. Projected monthly Chapter 13 plan payment**          $ _____

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).          X _____

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense          $ _____          Copy total here=> $ _____

**37. Add all of the deductions for debt payment.**
Add lines 33g through 36.          $ 3,360.62

## Total Deductions from Income

**38. Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances*          $ 5,851.05

Copy line 32, *All of the additional expense deductions*          $ 0.00

Copy line 37, *All of the deductions for debt payment*          +$ 3,360.62

Total deductions          $ 9,211.67          Copy total here=> $ 9,211.67

**Part 2:**        Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)

39. Copy your total current monthly income from line 14 of Form 22C-1, *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period*        $ _____ **12,207.12**

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 22C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.        $ _____ **0.00**

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19).        $ _____ **0.00**

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here.  ⇒  $ _____ **9,211.67**

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

**Describe the special circumstances**                 **Amount of expense**

43a. _____        $ _____

43b. _____        $ _____

43c. _____        $ _____

43d.  **Total.** Add lines 43a through 43c.        $ _____ **0.00**    Copy 43d here=> $ _____ **0.00**

44. **Total adjustments.** Add lines 40 through 43d.  ⇒  $ _____ **9,211.67**    Copy total here=> -$ _____ **9,211.67**

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.        $ _____ **2,995.45**

**Part 3:**        Change in Income or Expenses

46. **Change in income or expenses.** If the income in Form 22C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 22C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|------|------|-------------------|----------------|----------------------|------------------|
| ☐ 22C-1 |  |  |  | ☐ Increase |  |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |
| ☐ 22C-1 |  |  |  | ☐ Increase |  |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |
| ☐ 22C-1 |  |  |  | ☐ Increase |  |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |
| ☐ 22C-1 |  |  |  | ☐ Increase |  |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |

## Part 4:    Sign Below

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

x _Nellie Jacqueline Gutierrez_

**Nellie Jacqueline Gutierrez**
Signature of Debtor 1

Date _02/17/2015_
MM / DD / YYYY

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **08/01/2014** to **01/31/2015**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Marshall Tool & Supply LLC**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 08/2014 | $4,595.74 |
| 5 Months Ago: | 09/2014 | $4,563.15 |
| 4 Months Ago: | 10/2014 | $7,045.55 |
| 3 Months Ago: | 11/2014 | $4,687.85 |
| 2 Months Ago: | 12/2014 | $7,242.95 |
| Last Month: | 01/2015 | $6,911.82 |
| | Average per month: | $5,841.18 |

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details:**
Income for the Period **08/01/2014** to **01/31/2015**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Accratronic Seals**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 08/2014 | $6,254.16 |
| 5 Months Ago: | 09/2014 | $5,445.36 |
| 4 Months Ago: | 10/2014 | $6,812.04 |
| 3 Months Ago: | 11/2014 | $6,192.96 |
| 2 Months Ago: | 12/2014 | $5,954.64 |
| Last Month: | 01/2015 | $7,536.49 |
| | Average per month: | $6,365.94 |

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Joseph R. Manning, Jr.
4667 MacArthur Blvd
Suite 150
Newport Beach, CA 92660
949-200-8755 Fax: 866-843-8308
California State Bar Number: 223381
info@manninglawoffice.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor(s):*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Nellie Jacqueline Gutierrez

CASE NO.:
CHAPTER: 13

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(d)]**

Debtor(s).

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _2/17/15_

_Nellie Jacqueline Gutierrez_
Debtor's signature

Date: _____

Joint Debtor's signature (if applicable)

Date: _2-17-15_

Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014

**F 1007-1.MAILING.LIST.VERIFICATION**

Nellie Jacqueline Gutierrez
11121 Reichling Lane
Whittier, CA 90606


Joseph R. Manning, Jr.
The Manning Law Office
4667 MacArthur Blvd
Suite 150
Newport Beach, CA 92660


American Honda Finance Corp.
POB 60001
City of Industry, CA 91716-0001


Bank of America
POB 5170
Simi Valley, CA 93062-5170


Barclays Bank Delaware
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899


Capital 1 Bank
Attn: General Correspondence
Po Box 30285
Salt Lake City, UT 84130


Chase
Po Box 24696
Columbus, OH 43224


Chase Manhattan Mortgage
Attn: Bankruptcy Dept
3415 Vision Dr
Columbus, OH 43219

Comenity Bank/avenue
Po Box 182789
Columbus, OH 43218


Comenity Bank/lnbryant
4590 E Broad St
Columbus, OH 43213


Comenity Bank/New York & Company
Attention: Bankruptcy
P.O. Box 182686
Columbus, OH 43218


Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


Gemb/walmart
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


JP Morgan Chase Bank N.A.
1241 E. Dyer Rd. 250
Santa Ana, CA 92705


Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Los Angeles F C U
300 S Glendale Ave
Glendale, CA 91205


Sears/cbna
Po Box 6283
Sioux Falls, SD 57117


Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440