# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF NON−ENTITLEMENT TO DISCHARGE
# PURSUANT TO 11 U.S.C. SECTION 1328(f)(1) OR 1328(f)(2)

**DEBTOR(S) INFORMATION:**
Nellie Jacqueline Gutierrez
**SSN:** xxx−xx−2250
**EIN:** N/A

11121 Reichling Lane
Whittier, CA 90606

**BANKRUPTCY NO.** 2:15−bk−12436−SK
**CHAPTER** 13

To the Debtor(s), Debtor(s)' Attorney (if any), and Other Interested Parties:

It appears that a discharge has been granted to the above−named Debtor(s) under 11 U.S.C. Section 727, 11 U.S.C. Section 1141, or 11 U.S.C. Section 1228 in a case commenced within four years before the filing of the above pending case, or under 11 U.S.C. Section 1328 in a case commenced within two years before the filing of the above pending case. Pursuant to 11 U.S.C. Section 1328(f)(1) or 1328(f)(2), the debtor(s) is not eligible for a discharge in the above−captioned case.

DEBTOR HAS RECEIVED A CHAPTER 7 DISCHARGE WITHIN 4 YEARS OF PENDING CASE RE: 2:12−bk−16296−ER

Dated: February 19, 2015

By The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form van131 10/06 rev. 06/07) VAN−131

**5 / SMZ**